2010-36904
FILED
September 29, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002927709

3 pgs.

SCOTT A. COBEN & ASSOCIATES
Scott A. CoBen - State Bar No. 155160
Susan J. Dodds - State Bar No. 265057
1214 F Street
Sacramento, California 95814
Telephone: (916) 492-9010
Facsimile: (916) 492-9022

Attorneys for Debtors, RICHARD BALL and APRIL BALL

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

In re:                                        Case No.  10-36904-B-13J

RICHARD BALL and
APRIL BALL,

        Debtors.
_____/

**ORDER CONFIRMING PLAN**

The Chapter 13 plan of the above-named debtors has been transmitted to all

creditors, and it has been determined after notice and opportunity for a hearing that the

debtors' plan satisfies the requirements of 11 U.S.C. 1325.

1

RECEIVED
September 15, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002927709

Therefore, **IT IS ORDERED** that the plan is confirmed.


**IT IS FURTHER ORDERED** that:


1.      The debtors shall immediately notify, in writing, the Clerk of the United States Bankruptcy Court and the trustee of any change in the debtors' address;


2.      The debtors shall immediately notify the trustee in writing of any termination, reduction of, or other change in the employment of the debtors; and


3.      The debtors shall appear in court whenever notified to do so by the court.


**IT IS FURTHER ORDERED** that attorney fees for Debtors' attorney in the full amount of $5,000.00 are approved, $2,000.00 of which was paid prior to the filing of the petition. The balance of $3,000.00, provided that the attorney and debtor have executed and filed a Rights and Responsibilities of Chapter 13 Debtors and Their Attorney, shall be paid by the Trustee from plan payments at the rate of $148.00 per month upon confirmation.


**IT IS FURTHER ORDERED** that the Motion to Value the Collateral of GMAC is granted. The value of the subject collateral, real  property commonly known as 3689 Forni Road, Placerville, California, is determined to be $250,000.00, with a senior lien of

$279,000.00 held by AHMSI.  The secured claim of GMAC as to the Second Deed of Trust on the subject property is determined to be $0.00, and the remainder shall be allowed as a general unsecured claim.

**IT IS FURTHER ORDERED** that the duration of the Chapter 13 Plan shall be 60 months.

DATED:  Sep 15, 10

Approved by the Chapter 13
Trustee as to form.

Dated: September 29, 2010

Thomas C. Holman
United States Bankruptcy Judge

3